

# United States District Court
# Eastern District of California

Jose Alfredo Castillo-Castillo,

Plaintiff(s)

V.

Markwayne Mullin, et. al.

Defendant(s)

Case Number: 1:26-cv-02815-JLT-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Alec S. Bracken _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Jose Alfredo Castillo

On _____ 10/08/2019 _____ (date), I was admitted to practice and presently in good standing in the
_____ Utah _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 04/10/2026 _____          Signature of Applicant: /s/ Alec S. Bracken _____

**Pro Hac Vice Attorney**

Applicant's Name: Alec S. Bracken

Law Firm Name: Contigo Law

Address: P.O. Box 249

City: Midvalle    State: UT    Zip: 84047

Phone Number w/Area Code: (801) 980-9430

City and State of Residence: Provo, Utah

Primary E-mail Address: alec@contigo.law

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mihret Getabicha

Law Firm Name: California Labor Employment & Immigration Law Practice, P.C.

Address: 8885 Rio San Diego Dr., Ste. 237

City: San Diego    State: CA    Zip: 92108

Phone Number w/Area Code: (512) 545-3250    Bar # 326787

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   April 28, 2026

_____
U.S. Magistrate Judge Christopher D. Baker